159609

AO 442 (Rev 02/2005-EDVA) W....ant for Arrest

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

**FILED**

**WARRANT FOR ARREST**

JAN 1 0 2008

UNITED STATES OF AMERICA
NANCY MAYER WHITTINGTON, CLERk
U.S. DISTRICT COURT

v.

08-009-M-01

Lee Andrews

CASE NUMBER : **1:98cr78-2**

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Lee Andrews** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court__Violation Notice__Probation Violation Petition _X_Supervised Release Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

In Violation of Title **18** United States Code. Section(s) **3583**

**Kathy Lau**
Name of Issuing Officer

Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

8/22/07
**401 Courthouse Square Alexandria, VA 22314**
Date and Location

Bail fixed at $ ___No___ by ___Claude M. Hilton___
United States District Judge

| Date Received 1-10-08 | Name and Title of Arresting Officer DUSM OHBA USMS Cellblock Washington, DC | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 1-10-08 | | |



(Rev. for E VA 9/97)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Lee Andrews _____    Docket No. 1:98CR00078-002

### Petition on Supervised Release    0 8 - 0 0 9 - M - 0 1

COMES NOW Cynthia C. Suter, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lee Andrews, who was placed on supervision by the Honorable Albert V. Bryan, Jr. sitting in the Court at Alexandria, Virginia, on the 19th day of June, 1998, who fixed the period of supervision at 2 years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1.  The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependency, or alcohol dependency, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility as well as assisting in paying for the cost of urinalysis testing and/or counseling.

2.  A special assessment in the amount of $100 shall be paid in full as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
**See Attachment(s)**

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond Recommendation:____No Bond____

#### ORDER OF COURT

Considered and ordered this 20th day of _August_, 2007 and ordered filed and made a part of the records in the above case.

_Claude M. Hilton_
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/17/07___

_Cynthia C. Suter_
Cynthia C. Suter
Senior U.S. Probation Officer

Place Alexandria, Virginia _____

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: ANDREWS, Lee

OFFENSE: Assault with a Dangerous Weapon with Intent to do Bodily Harm

SENTENCE: Seventy (70) months in the custody of the Bureau of Prisons, 2 years supervised release with the following special conditions: 1)The defendant shall participate as directed and approved by the probation officer for treatment of narcotic addiction, drug dependency, or alcohol dependency, which includes urinalysis or other drug detection measures and which may require residence and/or participation in a residential treatment facility as well as assisting in paying for the cost of urinalysis testing and/or counseling; and 2) A special assessment in the amount of $100 shall be paid in full as directed by the probation officer.

ADJUSTMENT TO SUPERVISION: Mr. Andrews was released from the Bureau of Prisons on November 21, 2006. He failed to report to the probation office following his release, and he has incurred new arrests in the District of Columbia.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION NO 1:**   **COMMISSION OF A CRIME - DISTRIBUTION OF COCAINE**

On March 8, 2007, Mr. Andrews was arrested in the District of Columbia for No Permit and Possess with the Intent to Distribute Cocaine. The No Permit charge was Nolle Prossed on June 18, 2007. The Possess with the Intent to Distribute Cocaine charge was dismissed on May 1, 2007.

On August 8, 2007, Mr. Andrews was arrested in the District of Columbia for Distribution of Cocaine. This charge is scheduled for a felony status conference in the Superior Court for the District of Columbia on September 11, 2007.

**MANDATORY CONDITION NO. 2:**   **FAILURE TO REPORT IN PERSON TO THE PROBATION OFFICE WITHIN 72 HOURS OF RELEASE FROM CUSTODY OF THE BUREAU OF PRISONS.**

Mr. Andrews was released from the custody of the Bureau of Prisons on November 21, 2006. He failed to report to the probation office within 72 hours of his release.

CCS/bjs

Petition on Supervised Release
Page 3
RE: ANDREWS, Lee

08-009-M-01

Name: Lee Andrews
Case Number: 1:98CR00078-002

## CONFIDENTIAL
### Offender's Personal Information

DOB:                              FBI NO.:
SSN:          Unknown             REG. NO.:
SEX:          Male                RACE:        Black/Non-Hispanic
ADDRESS:


PHONE: